Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–10762–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen Weiss
   12 Cliffside Drive
   Stewartsville, NJ 08886

Social Security No.:
   xxx–xx–1690

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/17/19 at 09:00 AM

to consider and act upon the following:

*63* – Certification in Opposition to (related document:61 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/2/2019. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by Kirsten B. Ennis on behalf of Stephen Weiss. (Ennis, Kirsten)

Dated: 11/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court