Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−10762−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephen Weiss
12 Cliffside Drive
Stewartsville, NJ 08886

Social Security No.:
xxx−xx−1690

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2020
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-10762-MBK
Stephen Weiss                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2        Date Rcvd: Feb 05, 2020
                           Form ID: 148          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db          +Stephen Weiss,    12 Cliffside Drive,    Stewartsville, NJ 08886-3165
aty         +Craig Rothenberg,    12 Center Street,    Clinton, NJ 08809-1422
cr          +CARRINGTON MORTGAGE SERVICES, LLC,    Stern, Lavinthal & Frankenberg, LLC,
             105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
518075754   +Alliance Game Distributors, Inc., as successor to,   c/o Baylinson Kudysh Greenberg & Helt,
             303 South Main Street, Lower Level,    Mount Airy, MD 21771-5394
517966418   +C & C Lawncare,    c/o Stem & Cole,   571 Milford Warren Glen Road,   Milford, NJ 08848-1881
517966420   +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
517966422   +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,    Richardson, TX 75081-2879
517966423   +Innsbruck Corp. LLC,    c/o Kilcommons Shanahan,    1322 Route 31 North,
             Annandale, NJ 08801-3127
518072893   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:56     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517966419    EDI: CAPITALONE.COM Feb 06 2020 04:48:00     Capital One,   15000 Capital One Dr,
             Richmond, VA 23238
518017036   +EDI: AIS.COM Feb 06 2020 04:48:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
             Oklahoma City, OK 73118-7901
517977350    EDI: DISCOVER.COM Feb 06 2020 04:48:00     Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
517966421   +EDI: DISCOVER.COM Feb 06 2020 04:48:00     Discover Fin Svcs Llc,   Po Box 15316,
             Wilmington, DE 19850-5316
517966424   +EDI: RMSC.COM Feb 06 2020 04:48:00     Syncb/old Navy,   Po Box 965005,
             Orlando, FL 32896-5005
517998618    E-mail/Text: tidewaterlegalebn@twcs.com Feb 06 2020 00:21:12     Tidewater Finance Company,
             P.O. Box 13306,   Chesapeake, VA 23325
517966425   +E-mail/Text: tidewaterlegalebn@twcs.com Feb 06 2020 00:21:11     Tidewater Credit Servi,
             6520 Indian River Rd,   Virginia Beach, VA 23464-3439
517966426   +EDI: TFSR.COM Feb 06 2020 04:48:00     Toyota Motor Credit,   Po Box 9786,
             Cedar Rapids, IA 52409-0004
                                                                                    TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517994342       Denise L. Weiss
517966417   ##+A-1 Collections Svc,   101 Grovers Mill Road,   Lawrenceville, NJ 08648-4706
                                                                         TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Jeanette F. Frankenberg   on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
        cmecf@sternlav.com

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 148               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
     kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
    Kirsten B. Ennis    on behalf of Debtor Stephen  Weiss pacerecf@ennislegal.com,
     r53278@notify.bestcase.com
    Maria  Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com
    Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
     rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                TOTAL: 7