| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Albert Russo <br> CN 4853 <br> Trenton, NJ 08650 <br> (609) 587-6888 <br> Standing Chapter 13 Trustee |

**Order Filed on February 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Stephen Weiss

                Debtor(s)

Case No.: 19-10762 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: February 5, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having come before the Court on the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that the case is dismissed.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

**IT IS FURTHER ORDERED** that any funds held by the Chapter 13 Trustee from payments made on account of the debtor(s) plan shall be disbursed to creditors.

**IT IS FURTHER ORDERED** that any *Order to Employer to Pay to the Chapter 13 Trustee* (wage order) that has been entered in this case is hereby terminated.  The employer is authorized to cease wage withholding immediately.  The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen Weiss  
       Debtor

Case No. 19-10762-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 05, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db           +Stephen Weiss,   12 Cliffside Drive,   Stewartsville, NJ 08886-3165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Jeanette F. Frankenberg    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC  
            cmecf@sternlav.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           Kirsten B. Ennis    on behalf of Debtor Stephen  Weiss pacerecf@ennislegal.com,  
            r53278@notify.bestcase.com  
           Maria  Cozzini    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mcozzini@sternlav.com  
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
            rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 7